UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTRELL VONICQUE BROWN ,

        Plaintiff,                        Case No. 2:21-cv-541

v.                                            Honorable Hala Y. Jarbou

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

        This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The complaint was initially filed in the District Court for the Norther District of New York and was transferred to this Court pursuant to 28 U.S.C. § 1406(a). All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and submit it to the Court.

        The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If

Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court may dismiss the complaint without prejudice.

    **IT IS SO ORDERED**.

Dated: 12/8/2021        /s/ Ray Kent
                   Ray Kent
                   United States Magistrate Judge